UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ALLIANCE BARRIER FILMS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:16-cv-00009-RLY-MPB |
| | ) | |
| QUANTUM POLYMERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S DENIAL OF PLAINTIFF'S MOTION TO AMEND COMPLAINT and PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Plaintiff, Alliance Barrier Films LLC, objects to the Magistrate Judge's denial of its Motion to Amend Complaint and moves for oral argument with respect to the same. Because Plaintiff's Objection pertains to a non-dispositive order, the court may sustain the Objection if it finds the Magistrate Judge's Order was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

In denying Plaintiff's Motion, the Magistrate Judge found Plaintiff had not shown good cause or diligence because its motion for leave to amend the Complaint was filed over a year after the deadline to amend the pleadings of June 15, 2016. He further found that even if Plaintiff had shown good cause and diligence, Plaintiff's motion for leave could not be granted because of the undue delay and prejudice to Defendant that would result in allowing the amendment. (*See* Filing No. 87, Order at 8-9).

Upon review of the Magistrate Judge's Order, the parties' submissions, and the applicable law, the court finds the Magistrate Judge did not commit clear error.

1

Therefore, Plaintiff's Objection to the Magistrate Judge's Denial of Plaintiff's Motion to Amend Complaint (Filing No. 92) is **OVERRULED**, and Plaintiff's Motion for Oral Argument (Filing No. 101) is **DENIED**.

**SO ORDERED** this 13th day of December 2017.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.